UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHARON M. BOCCIO,

    Petitioner,

v.                                                      CASE NO. 6:05-cv-179-Orl-19DAB
                                                             (6:02-cr-189-Orl-19DAB)

UNITED STATES OF AMERICA,

    Respondent.

## **ORDER**

The Government has filed a response (Doc. No. 3) to Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, Or Correct Sentence, requesting that the Court deny the motion. Petitioner filed a Reply to the Response (Doc. No. 4 filed May 11, 2005

Although Petitioner filed a reply, given the significance of these proceedings, the Court finds it prudent to advise him regarding the importance of a reply and to permit him to file an amended reply, if he desires. Petitioner is advised out of an abundance of caution that the denial of his motion at this stage would represent a final adjudication of this case which may foreclose subsequent litigation on the matter. See Griffith v. Wainwright, 772 F.2d 822 (11th Cir. 1985).

Accordingly, Petitioner shall have **THIRTY (30) DAYS** from the date of this order to file an amended reply to the Government's response to his motion. Thereafter, both the motion and the response to it will be taken under advisement by the Court, and an order will be entered without further notice.

**DONE AND ORDERED** at Orlando, Florida, this 16th day of May, 2005.

                                      *David A. Baker*
                                     DAVID A. BAKER
                              UNITED STATES MAGISTRATE JUDGE

Copies to:
sa 5/16
Sharon M. Boccio
Counsel of Record